**FILED**
**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7168**

In the Matter of                                      Case Number:

Curtis Morris
v
City of Chicago, Officer Joseph Quinn (#15057),
Officer Jay Masey (#3826) and Officer Paul
Jankowski (#1523)

**JUDGE MANNING**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Curtis Morris                                                     **J.N.**

| | |
|---|---|
| NAME (Type or print) | |
| Neil L. Toppel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Neil L. Toppel | |
| FIRM | |
| Dvorak, Toppel & Barrido | |
| STREET ADDRESS | |
| 3859 W. 26th Street | |
| CITY/STATE/ZIP | |
| Chicago, IL 60623 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270744 | (773) 521-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |