## United States District Court for the Northern District of Illinois

Case Number: 07v7168

Assigned/Issued By: j. n.

Judge Name: MANNING

Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2417303

Date Payment Rec'd: 12-20-07   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons   [ ] Alias Summons

[ ] Third Party Summons   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
   (Type of Writ)

3  Original and  3  copies on  12-21-07  as to  JANKOWSKI; MASEY; QUINN
                               (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05