# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case:    07 C 7168

      CURTIS MORRIS, Plaintiff  Hon. Judge MANNING

             v.

      CITY OF CHICAGO, et al, Defendants.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Joseph Quinn

Officer Jay Masey

Sergeant Paul Jankowski

City of Chicago

| | |
|---|---|
| SIGNATURE<br>  s/ Marc J. Boxerman | |
| FIRM   City of Chicago Department of Law | |
| STREET ADDRESS   30 N. La Salle Street, Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6215790 | TELEPHONE NUMBER<br>   (312) 744-7684 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES X          NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐          NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES X          NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X      NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |