# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                  Case:   07 C 7168

   Curtis Morris,                                     Honorable Judge Manning

       v.

   City of Chicago, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph Quinn, Jay Masey and Paul Jankowski, Defendants.

| SIGNATURE | |
|---|---|
| /s/ Suyon Reed | Assistant Corporation Counsel |
| **FIRM** City of Chicago, Department of Law | |
| **STREET ADDRESS** 30 N. LaSalle St., Suite 1400 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06280973 | TELEPHONE NUMBER<br>(312) 744-3283 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES      NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X      NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?      YES X   NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐