IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 7168 |
| ) | |
| CITY OF CHICAGO, a municipal corporation, ) | JUDGE MANNING |
| OFFICER JOSEPH QUINN, Star #15057, a ) | |
| City of Chicago Police Officer, in his individual ) | |
| capacity, OFFICER JAY MASEY, Star #3826, a ) | MAGISTRATE JUDGE BROWN |
| City of Chicago Police Officer, in his individual ) | |
| capacity, SERGEANT PAUL JANKOWSKI, ) | JURY DEMAND |
| Star #1523, a City of Chicago Police Officer, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants, City of Chicago, Officer Joseph Quinn, Officer Jay Masey, and Sergeant Paul Jankowski, by their attorney, Marc J. Boxerman, Senior Corporation Counsel, respectfully move for an extension of time to March 5, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, Defendants state the following:

1.  Plaintiff filed his complaint on or about December 20, 2007, and his First Amended Complaint on December 28, 2007. The City of Chicago (the "City") was served the complaint on January 8, 2008. Officers Masey and Quinn were personally served on January 11, 2008. Sergeant Jankowski was personally served on January 13, 2008.

2.  By order of this Court dated January 22, 2008, the individual police officer defendants were to answer the complaint by January 22, 2008, and the City was to file its answer by January 28, 2008.

3.  Undersigned counsel for Defendants did not receive this file until January 27, 2008, one day before the City's answer was due and five days after the individual police officers were to have filed their answer. Undersigned counsel has not yet had the opportunity to meet with his clients to discuss the allegations contained in the complaint.

4.  The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in the complaint and compiling pertinent records.

5.  This motion is the Defendants' first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow them to respond properly to the allegations in the complaint.

6.  Brian J. Barrido, attorney for Plaintiff, indicated that he has no objection to this motion.

WHEREFORE Defendants respectfully request that they be given an extension of time to March 5, 2008, to answer or otherwise plead in response to the complaint; and for any other relief that this Honorable Court deems proper.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel
                                        City of Chicago

                                BY:     s/ Marc J. Boxerman
                                        One of Defendants' Attorneys

Marc J. Boxerman
City of Chicago Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served on all person(s) of record in accordance with the rules of electronic filing on February 1, 2008.

                                                   S/ Marc J. Boxerman
                                                   MARC J. BOXERMAN