IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7168 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | JUDGE MANNING |
| OFFICER JOSEPH QUINN, Star #15057, a | ) | |
| City of Chicago Police Officer, in his individual | ) | |
| capacity, OFFICER JAY MASEY, Star #3826, a | ) | MAGISTRATE JUDGE BROWN |
| City of Chicago Police Officer, in his individual | ) | |
| capacity, SERGEANT PAUL JANKOWSKI, | ) | JURY DEMAND |
| Star #1523, a City of Chicago Police Officer, in his | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Blanche M. Manning, or before such other Judge sitting in her stead, on February 7, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, in room 2125 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:   February 1, 2008

                                                         By:   s/ Marc J. Boxerman
                                                              MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790