IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7168 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | JUDGE MANNING |
| OFFICER JOSEPH QUINN, Star #15057, a | ) | |
| City of Chicago Police Officer, in his individual | ) | |
| capacity, OFFICER JAY MASEY, Star #3826, a | ) | MAGISTRATE JUDGE BROWN |
| City of Chicago Police Officer, in his individual | ) | |
| capacity, SERGEANT PAUL JANKOWSKI, | ) | JURY DEMAND |
| Star #1523, a City of Chicago Police Officer, in his | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Brian J. Barrido
    Dvorak, Toppel & Barrido
    3859 E. 26th Street
    Chicago, IL 60623

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Answer, Defenses, and Jury Demand to Plaintiff's First Amended Complaint**, a copy of which is attached and served upon you.

Date:    March 5, 2008

By:    s/ Marc J. Boxerman
       MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790