IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | 07 C 7168 |
| a municipal corporation, | ) | |
| OFFICER JOSEPH QUINN, Star # 15057, | ) | Judge Manning |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | Magistrate Judge Brown |
| OFFICER JAY MASEY, Star # 3826, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Marc J. Boxerman                            Suyon Reed
      City of Chicago – Department of Law         City of Chicago – Department of Law
      30 N. LaSalle Street, Suite 1400            30 N. LaSalle Street, Suite 1400
      Chicago, IL 60602                           Chicago, IL 60602

**PLEASE TAKE NOTICE** that on March 17, 2008, I caused to be filed in the Northern District of Illinois, Eastern Division, an initial joint status report.

Date:   March 17, 2008

                                By: /s/ Brian J. Barrido_____
                                     BRIAN J. BARRIDO

## CERTIFICATE OF SERVICE

The counsel for Plaintiff, Brian J. Barrido of Dvorak, Toppel & Barrido, LLC, hereby certifies that he served the attached attorney-client agreement on all parties via the electronic filing system and by certified mail with the United States Post Office located at 3859 W. 26th Street, Chicago, IL 60623, pursuant to Supreme Court Rule 12(d) at or before 5:00 p.m. on this 17th day of March, 2008.

By: /s/ Brian J. Barrido_____
    BRIAN J. BARRIDO

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, Illinois 60623
(773) 521-1300 Phone
(773) 521-4400 Fax

Attorney No. 6274524