IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, ) | | |
|     Plaintiff, ) | | |
|     vs. ) | | |
| ) | | |
| CITY OF CHICAGO, ) | 07 C 7168 | |
| a municipal corporation, ) | | |
| OFFICER JOSEPH QUINN, Star # 15057, ) | Judge Manning | |
| a City of Chicago Police Officer, ) | | |
| in his individual capacity, ) | Magistrate Judge Brown | |
| OFFICER JAY MASEY, Star # 3826, ) | | |
| a City of Chicago Police Officer, ) | | |
| in his individual capacity, ) | | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, ) | | |
| a City of Chicago Police Officer, ) | | |
| in his individual capacity, ) | | |
| ) | | |
|     Defendants. ) | | |

## JOINT INITIAL STATUS REPORT

    WHEREFORE, this matter being referred from Judge Manning to Magistrate Judge Brown, and an initial status hearing set before Magistrate Judge Brown for April 3, 2008 at 9:00am, attorneys for both sides completed a joint initial status report.

    In support of said joint initial status report:

1. Plaintiff, Curtis Morris, asserts claims related to 42 U.S.C. § 1983 (Excessive Force and False Arrest) and Illinois State Law Claims of Battery, False Imprisonment and Malicious Prosecution.  Plaintiff also seeks indemnification from the City of Chicago for federal claims only (other than punitive damages).

2. Plaintiff seeks monetary relief and has medical damages that required medical treatment at both Mt. Sinai Hospital and Cermak Hospital.  Said medical damages were a result of alleged excessive force by the defendants, which included tasering of the Plaintiff multiple times on the date of the incident.  Furthermore, Plaintiff spent approximately one year in custody before a criminal jury found Plaintiff not guilty on all counts.

3. This matter was referred from Judge Manning to Magistrate Judge Brown for discovery supervision, ruling on all non-dispositive pretrial motions, as well as settlement discussions, if appropriate.

4. At the time of filing, written discovery has not yet been completed. There are no briefs pending referring to any of the matters referred.

5. Plaintiff's 26(a)(1) disclosures, interrogatories and requests to produce have been tendered to opposing counsel. Counsel for the defense has informed Plaintiff's counsel that they will serve their Rule 26(a)(1) disclosures after holding the Rule 26(f) conference, which will be done before the initial status hearing on April 3, 2008. The Defendants will serve written discovery requests on Plaintiff at this time.

   No depositions have been scheduled as of the filing of this report, as written discovery has not yet been completed.

6. At this time, the parties will not consent to trial before the magistrate judge.

7. No discovery schedule or cut-off dates have been established by the district judge at the time of filing.

8. Plaintiff has not yet tendered a demand letter to defense counsels.


Respectfully submitted,


| /s/ Brian J. Barrido | /s/ Marc J. Boxerman |
|---|---|
| Brian J. Barrido | Marc J. Boxerman |
| One of the attorneys for Plaintiff | Counsel for the City of Chicago |
| | |
| Brian J. Barrido | City of Chicago – Department of Law |
| Dvorak, Toppel & Barrido, LLC | 30 N. LaSalle Street |
| 3859 W. 26th Street | Suite 1400 |
| Chicago, IL 60623 | Chicago, IL 60602 |
| (773) 521-1300 | (312) 744-7684 |