# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Curtis Morris

          Plaintiff,

v.

City Of Chicago, et al.

          Defendant.

Case No.: 1:07–cv–07168

Honorable Blanche M. Manning


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 3, 2008:


      MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing held and continued to 05/08/08 at 9:45 a.m. Defendants' Rule 26(a)(1) disclosures shall be served by 04/11/08. Counsel for the parties shall have a Rule 26(f) conference by 04/25/08. At the next hearing, the Court will set a discovery cut off date.Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.