IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | 07 C 7168 |
| a municipal corporation, | ) | |
| OFFICER JOSEPH QUINN, Star # 15057, | ) | Judge Manning |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | Magistrate Judge Brown |
| OFFICER JAY MASEY, Star # 3826, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

## JOINT PROPOSED DISCOVERY SCHEDULING PLAN REPORT

1. This Honorable Court requested on April 3, 2008 that a joint, proposed discovery schedule report, pursuant to Fed.R.Civ.P. 26(f), be held between the parties before April 25, 2008 and to appear before this Honorable Court for status and to set further dates on May 8, 2008 at 9:45 a.m.

2. The parties for Plaintiff and Defendants met via teleconference on April 21, 2008 at 11:30 a.m. to discuss discovery scheduling.

3. Pursuant to Fed.R.Civ.P. 26(f), the parties estimate the following time frame for planning of discovery.

4. **Pre-discovery Disclosures.** The parties have exchanged pre-discovery disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and will continue to exchange such disclosures under obligation of Fed.R.Civ.P. 26(a)(1).

5. **Discovery Plan.**

    Discovery will be needed on the following subjects brought pursuant to § 1983: excessive force, false arrest, state law claims of battery, false imprisonment and malicious prosecution.

   (a) Plaintiff's version of events;
   (b) Investigation of Plaintiff's alleged physical injuries;
   (c) Defendant Officer's version of events; and
   (d) Any other witnesses' version of events.

   Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum of 15 depositions by Plaintiff and 15 by Defendants.

   Each deposition limited to maximum of 4 (four) hours unless extended by agreement of parties.

   Fact discovery should close on October 31, 2008.

   Reports from retained experts under Rule 26(a)(2) due:
   From Plaintiff by November 28, 2008.
   From Defendants by December 31, 2008.

   Supplementations under Rule 26(e) due January 30, 2009.

6. **Other Items.**

   Plaintiff should be allowed until June 30, 2008 to join additional parties and until June 30, 2008 to amend the pleadings.

   Defendants should be allowed until June 30, 2008 to join additional parties and until June 30, 2008 to amend the pleadings.

   All potentially dispositive motions should be filed by February 27, 2009.

   Settlement cannot be evaluated prior to July1, 2008 or the completion of written discovery.

   Final lists of witnesses and exhibits under Rule 26(a)(3) should be due
   From Plaintiff by April 3, 2009.
   From Defendant by April 3, 2009.

   Parties should have 21 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   The case should be ready for trial by June 1, 2009 and at this time is expected to take approximately 5 days.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian J. Barrido | /s/ Marc J. Boxerman |
| Brian J. Barrido | Marc J. Boxerman |
| One of the attorneys for Plaintiff | Counsel for the City of Chicago |
| | |
| Brian J. Barrido | City of Chicago – Department of Law |
| Dvorak, Toppel & Barrido, LLC | 30 N. LaSalle Street |
| 3859 W. 26th Street | Suite 1400 |
| Chicago, IL 60623 | Chicago, IL 60602 |
| (773) 521-1300 | (312) 744-7684 |
| brian.barrido@civilrightsdefenders.com | mboxerman@cityofchicago.org |

/s/ Suyon Reed
Suyon Reed
Counsel for the City of Chicago

City of Chicago – Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-3283
SuyonReed@cityofchicago.org