IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | 07 C 7168 |
| a municipal corporation, | ) | |
| OFFICER JOSEPH QUINN, Star # 15057, | ) | Judge Manning |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | Magistrate Judge Brown |
| OFFICER JAY MASEY, Star # 3826, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF FILING

To:   Marc J. Boxerman                           Suyon Reed
        City of Chicago – Department of Law    City of Chicago – Department of Law
        30 N. LaSalle Street, Suite 1400          30 N. LaSalle Street, Suite 1400
        Chicago, IL 60602                           Chicago, IL 60602

       **PLEASE TAKE NOTICE** that on April 21, 2008, I caused to be filed in the Northern District of Illinois, Eastern Division, a Joint Rule 26(f) Scheduling Report.

Date:   April 21, 2008

                                                           By: /s/ Brian J. Barrido
                                                               BRIAN J. BARRIDO

## CERTIFICATE OF SERVICE

       The counsel for Plaintiff, Brian J. Barrido of Dvorak, Toppel & Barrido, LLC, hereby certifies that he served the attached attorney-client agreement on all parties via the electronic filing system and by certified mail with the United States Post Office located at 2302 S. Pulaski Road, Chicago, Illinois 60623-9998, pursuant to Supreme Court Rule 12(d) at or before 5:00

p.m. on this 21st day of April, 2008.

                                          By: /s/ Brian J. Barrido_____
                                               BRIAN J. BARRIDO

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, Illinois 60623
(773) 521-1300 Phone
(773) 521-4400 Fax
brian.barrido@civilrightsdefenders.com
Attorney No. 6274524