**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Curtis Morris
        Plaintiff,

v.               Case No.: 1:07−cv−07168
                Honorable Blanche M. Manning

City Of Chicago, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

  MINUTE entry before Judge Honorable Geraldine Soat Brown: Status hearing held and continued to 07/17/08 at 9:45 a.m The court adopts the parties' proposed schedule for discovery. All fact discovery shall be noticed in time to be completed by 10/31/08. Plaintiff's Rule 26(a)(2) disclosures and reports shall be served by 11/28/08. Defendants' Rule 26(a)(2) disclosures and reports shall be served by 12/31/08. Supplementations under Rule 26(e) shall be served seasonably and no later than 01/30/09. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.