IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS MORRIS, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| a municipal corporation, ) | 07 C 7168 |
| OFFICER JOSEPH QUINN, Star # 15057, ) | |
| a City of Chicago Police Officer, ) | Judge Manning |
| in his individual capacity, ) | |
| OFFICER JAY MASEY, Star # 3826, ) | Magistrate Brown |
| a City of Chicago Police Officer, ) | |
| in his individual capacity, ) | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, ) | |
| a City of Chicago Police Officer, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AGREED MOTION TO SET A SETTLEMENT CONFERENCE**

NOW COMES Plaintiff, Curtis Morris, by and through his attorneys, DVORAK, TOPPEL & BARRIDO, LLC, and states the following in support of this agreed motion to set a date for settlement conference:

1. Plaintiff's original complaint was filed on December 20, 2007.

2. Plaintiff's complaint alleges that on December 24, 2006 Defendants Quinn, Masey, and Jankowski (hereinafter "the Defendant Officers") falsely arrested Plaintiff and used excessive force at or about the time of this unlawful arrest in violation of 42 U.S.C. § 1983. Plaintiff's complaint includes state claims of battery, *respondeat superior*,

1

unlawful imprisonment, and malicious prosecution as well as seeking indemnification for the Defendant Officers' actions from the Defendant Municipality.

3. On May 8, 2008, this Court adopted the parties' proposed schedule for discovery, which grants Plaintiff and Defendants ample time to engage in written and oral discovery. However, before expending the time and costs of discovery, the parties wish to have a settlement conference in the hopes of a more prompt resolution of this cause.

4. The parties will defer to the Court's schedule in arranging a time for the desired conference.

WHEREFORE Plaintiff prays this Court grant his agreed motion to set a settlement conference.

Respectfully submitted,

s/ Brian J. Barrido
Brian J. Barrido
One of the Attorneys for Plaintiff

Brian J. Barrido
DVORAK, TOPPEL & BARRIDO, LLC
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300
(773) 521-4400 (fax)
brian.barrido@civilrightsdefenders.com
Attorney No. 6274524