IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS MORRIS, ) | | |
| Plaintiff, ) | | |
| vs. ) | | |
| ) | | |
| CITY OF CHICAGO, ) | | |
| a municipal corporation, ) | 07 C 7168 | |
| OFFICER JOSEPH QUINN, Star # 15057, ) | | |
| a City of Chicago Police Officer, ) | Judge Manning | |
| in his individual capacity, ) | | |
| OFFICER JAY MASEY, Star # 3826, ) | Magistrate Brown | |
| a City of Chicago Police Officer, ) | | |
| in his individual capacity, ) | | |
| SERGEANT PAUL JANKOWSKI, Star # 1523, ) | | |
| a City of Chicago Police Officer, ) | | |
| in his individual capacity, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

To: All Counsel of record

    **PLEASE TAKE NOTICE** that I have, this 14th day of May, 2008, electronically filed with the Clerk of the above captioned court, Plaintiff's Agreed Motion to Set a Settlement Conference, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that on May 28, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Brown, or before any such judge sitting in her stead, in courtroom 1812 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

                Respectfully submitted,

                s/ Brian J. Barrido
                Brian J. Barrido
                One of the Attorneys for Plaintiff

Brian J. Barrido
DVORAK, TOPPEL & BARRIDO, LLC
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300
(773) 521-4400 (fax)
brian.barrido@civilrightsdefenders.com
Attorney No. 6274524