IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS MORRIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF CHICAGO, a municipal corporation,<br>OFFICER JOSEPH QUINN, Star #15057, a City of<br>Chicago Police Officer, in his individual capacity,<br>OFFICER JAY MASEY, Star #3826, a City of<br>Chicago Police Officer, in his individual capacity,<br>SERGEANT PAUL JANKOWSKI, Star #1523, a<br>City of Chicago Police Officer, in his individual<br>capacity,<br><br>  Defendants. | No. 07 C 7168<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE BROWN<br><br>JURY DEMAND |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ Brian Barrido
Brian Barrido
Attorney for plaintiff,
Curtis Morris
Dvorak, topple & Barrido
3859 W. 26th Street
Chicago, Illinois 60623
(773) 521-1300
Attorney No. 6274524
DATE: 7/18/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: /s/ Marc J. Boxerman
Marc J. Boxerman
Senior Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790
DATE: 7/22/08

07 C 7168