IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Curtis Morris,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation, OFFICER JOSEPH QUINN, Star #15057, a City of Chicago Police Officer, in his individual capacity, OFFICER JAY MASEY, Star #3826, a City of Chicago Police Officer, in his individual capacity, SERGEANT PAUL JANKOWSKI, Star #1523, a City of Chicago Police Officer, in his individual capacity,<br><br>       Defendants. | No. 07 C 7168<br><br>Judge Manning<br><br>Magistrate Judge Brown<br><br>Jury Trial Demanded |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Curtis Morris, by one of his attorneys, Brian Barrido, and defendants, Joseph Quinn, Jay Masey and Paul Jankowski, by one of their attorneys, Marc J. Boxerman, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Curtis Morris, against defendants, City of Chicago, Joseph Quinn, Jay Masey and Paul Jankowski, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Marc J. Boxerman
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790

ENTER:_____
The Honorable Geraldine Soat Brown
United States Magistrate Judge

DATED:_____