UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Curtis Morris
                    Plaintiff,

v.                                          Case No.: 1:07−cv−07168
                                            Honorable Geraldine Soat Brown

City Of Chicago, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Geraldine Soat Brown:A stipulation to dismiss has been filed. This case is dismissed with prejudice. The status hearing date of 07/29/08 is stricken. Terminate Case. Civil case terminated. Notice mailed by judge39;s staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.